IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CR-00112-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| THOMAS FRANK ANDREWS, JR., | |
| Defendant, | |
| v. | |
| FIRST CITIZENS BANK, | |
| Garnishee. | |

This matter comes before the court on the United States' motion to unseal materials associated with a writ of garnishment [DE 80]. For good cause shown, the motion is GRANTED. The Clerk of Court is directed to unseal the Application for Writ of Garnishment [DE 74], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE 78; DE 78-1], and the Answer of Garnishee [DE 79].

SO ORDERED this 15th day of July, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE